

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2016

No. 04-15-00074-CV

Stacey **SCOTT**,
Appellant

v.

Larry **FURROW** and Keller Williams Legacy Group,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1125-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Jason Pulliam, Justice

The court has considered the Appellant's Motion for En Banc Reconsideration, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court